# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JIMMY DON STEVENS                                                               PLAINTIFF

VS.                       Case No.  4:14CV00390  SWW

US BANK NATIONAL ASSOCIATION, ET AL                    DEFENDANT(S)

### ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to Hartford Financial Services Group being on her recusal list.

IT IS SO ORDERED this 2nd day of July 2014.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK, CLERK

                                        BY:  /s/ Cecilia Norwood
                                             Courtroom Deputy to
                                             U.S. District Judge Susan Webber Wright